1028

[No. 47095-7-I. Division One. November 26, 2001.]

WILLIAM SESKO, *Individually and as Personal Representative, Appellant,* v. SABERHAGEN HOLDINGS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-09679-9, Richard A. Jones, J., entered September 8, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 47319-1-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRIE PHILLIPPE-EXLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-00586-1, Jeanette R. Burrage, J., entered July 10, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 47462-6-I. Division One. November 26, 2001.]

*In the Matter of the Marriage of* DIANA STICKEL, *Appellant,* and JOHN STICKEL, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-3-00312-1, David A. Nichols, J., entered August 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47499-5-I. Division One. November 26, 2001.]

GREGORY MILLER, ET AL., *Appellants,* v. USAA CASUALTY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-24141-1, Jay V. White, J., entered September 26, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.